IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL TAUNTON,

    Plaintiff,

v.

JOHN DOE, GPA TRUCKING EXPRESS,
INC. AMAZON.COM, AND UNITED
SPECIALTY INSURANCE COMPANY,

    Defendants.

CIVIL ACTION FILE
NUMBER

## DEFENDANTS GPA TRUCKING EXPRESS, INC. AND UNITED SPECIALITY INSURANCE COMPANY'S NOTICE OF REMOVAL

1.

Plaintiff, Michael Taunton, filed civil action file number 22-SCCV-095120 in the State Court of Bibb County, Georgia, against Defendants John Doe, GPA Trucking Express, Inc., Amazon.com, LLC, and United Specialty Insurance Company November 23, 2022. Defendants attached a copy of Summons and Complaint as Exhibit "A" and Defendants GPA Trucking Express, Inc., and United Specialty Insurance Company's Answer as Exhibit "B."

1.

When Plaintiff filed the Complaint, he was a citizen and resident of Georgia. Exhibits "A" and "B" ¶ 1.

2.

When Plaintiff filed the Complaint, Defendant GPA Trucking was a Texas Corporation with its principal place of business in Texas. Exhibits "A" and "B" ¶ 3.

3.

When Plaintiff filed the Complaint, Defendant Amazon was a Delaware limited liability company, none of its members were citizens and residents of Georgia, and its principal place of business was in the state of Washington. Exhibits "A" and "B" ¶ 4.

4.

When Plaintiff filed the Complaint, Defendant United Specialty was a Delaware corporation with its principal place of business in Texas. Exhibits "A" and "B" ¶ 5.

5.

There is complete diversity of citizenship in this case.

6.

This personal injury action arises from a March 13, 2021 motor vehicle collision on Interstate 475 in Macon, Bibb County, Georgia. Plaintiff claimed head, back and neck injuries including herniated discs at L3-4, L4-5, and L5-S1 with medical expenses totaling $159,844.10 in his May 4, 2022 demand for $1 million attached as Exhibit "C."

7.

This civil action is properly removable to this Court pursuant to 28 U.S.C. §§ 1441(a), 1446(a) and 1446(b). There is a complete diversity of citizenship between Plaintiff and Defendants and the amount in controversy, exclusive of interest and cost, exceeds $75,000 under 28 U.S.C. § 1332(a).

8.

Plaintiffs have not served any Defendants, but Defendants GPA and United Specialty consent to the removal of this case.

9.

Defendants GPA Trucking and United Specialty notify the Court, the Clerk, and all parties within thirty days after receipt of the Complaint filed in the State Court of Bibb County that it removed this civil action to this Court pursuant to 28 U.S.C. § 1446 and Fed. R. Civ. P. 11.

DENNIS, CORRY, SMITH & DIXON, LLP

/s/ *Grant B. Smith*
GRANT B. SMITH, ESQ.
Georgia bar number 658345

/s/ *Jonathan R. Gibson*
JONATHAN R. GIBSON, ESQ.
Georgia bar number 586544
For the Firm
Attorneys for GPA Trucking
Express, Inc. and United Specialty
Insurance Company

900 Circle 75 Parkway, Suite 1400
Atlanta, Georgia 30339
(404) 364-4505
(404) 364-4503
Gbs@dcplaw.com
Jgibson@dcplaw.com
KMoore@dcplaw.com