# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| MICHAEL TAUNTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 5:23-CV-134 (CAR) |
| | : | |
| JOHN DOE; GPA TRUCKING | : | |
| EXPRESS, INC.; AMAZON.COM, | : | |
| AND UNITED SPECIALTY | : | |
| INSURANCE COMPANY; | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER ON CONSENT MOTION TO SUBSTITUTE PARTIES

Currently before the Court is the parties' Consent Motion to Substitute Parties [Doc. 26]. The Motion is **GRANTED**. The parties having stipulated that at the time of the incident which is the subject of the complaint in this matter, Amazon Logistics, Inc. owned the trailer pulled by Defendant GPA Trucking Express, Inc. and parties hereto having consented, is hereby ORDERED:

1. That AMAZON LOGISTICS, INC., is substituted as a Defendant in this case in place of named Defendant AMAZON.COM.

2. That the allegations in the Complaint made against AMAZON.COM will be deemed to be made against AMAZON LOGISTICS, INC.

3. That in light of its substitution for Amazon.com as a defendant in this matter, Amazon Logistics, Inc. is deemed to have adopted the Answer and Affirmative Defenses and Joint Preliminary Report and Discovery Plan previously filed by Amazon.com and is relieved of any further obligation to file those pleadings.

4. The substitution relates back to the filing of the initial Complaint, Plaintiff is not required to re-serve the Complaint on Amazon Logistics, Inc., and Amazon Logistics, Inc. is not required to file an Answer.

5. The clerk is directed to amend the style of the case to reflect that the proper Defendant is AMAZON LOGISTICS, INC.

**SO ORDERED,** this 26th day of July, 2023.

                                        s/ C. Ashley Royal_____
                                        C. ASHLEY ROYAL, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT